IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    12-cr-00069-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TIMOTHY JOHN VANDERWERFF,

       Defendant.

_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

       The defendant, Timothy John Vanderwerff, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender

       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2012, I electronically filed the foregoing **NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard A. Hosley, Assistant United States Attorney
      Richard.hosley@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Timothy J. Vanderwerff      *via U.S. mail*

                       s/ Edward R. Harris
                       Edward R. Harris
                       Assistant Federal Public Defender
                       633 17th Street, Suite 1000
                       Denver, CO  80202
                       Telephone:  (303) 294-7002
                       FAX:  (303) 294-1192
                       Edward_Harris@fd.org
                       Attorney for Defendant