IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     12-cr-00069-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TIMOTHY JOHN VANDERWERFF,

       Defendant.

_____

### DEFENDANT'S NOTICE OF APPEAL
_____

On June 28, 2012, this Court, the United States District Court for the District of Colorado, entered an order rejecting the plea agreement reached between the United States of America and the Defendant, Timothy John Vanderwerff, acting through the undersigned, Assistant Federal Public Defender Edward R. Harris. The sole basis for the order rejecting the plea agreement was the agreement's inclusion of an appeal waiver. Mr. Vanderwerff files this notice of his appeal of the order to the United States Court of Appeals for the Tenth Circuit.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender

       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2012, I electronically filed the foregoing **DEFENDANT'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard A. Hosley, Assistant United States Attorney
      Richard.hosley@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Timothy J. Vanderwerff      *via U.S. mail*

      s/ Edward R. Harris
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward_Harris@fd.org
      Attorney for Defendant