

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3443

August 1, 2012

TRANSMITTAL OF A SUPPLEMENTAL PRELIMINARY RECORD

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:** USA v. Vanderwerff

District Court Case No.: 12-cr-00069-JLK
Court of Appeals Case No.: 12-1280

Dear Clerk:

Attached for the U.S. Court of Appeals for the Tenth Circuit are a current copy of the docket sheet and the supplemental preliminary record.

Volume I - Motion to Vacate [28] and Order [28]

GREGORY C. LANGHAM, CLERK

by  s/ L. Weinstein
     Deputy Clerk

cc:   See the Notice of Electronic Filing