**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  August 9, 2012
Probation Officer: Michelle Means

Courtroom Deputy:  Bernique Abiakam
Court Reporter: Janet Coppock

---

Criminal Action No.: 12-cr-00069-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JOHN VANDERWERFF,

    Defendant.

*Counsel:*

Richard A. Hosley
Judith Smith


Edward R. Harris

---

### CHANGE OF PLEA MINUTES

**10:37 a.m.    Court in session**.

Court calls case.  Counsel present.  Defendant present on bond.  Also present, Andrew Stearns, FBI Agent.

Defendant sworn and answers questions asked by the Court.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty .

Defendant advised of the maximum penalties.

Defendant's right to trial to jury and other constitutional rights are explained.

Defendant pleads guilty to Count One of the Indictment.

The Court **accept**s the plea of guilty.

*12-cr-00069-JLK*
*Change of Plea*
*August 10, 2012*

**ORDERED:** After acceptance of the defendant's plea of guilty, the **Defendant's Unopposed Motion To Vacate The August 9, 2012 Final Trial Preparation Conference And August 30, 2012 Trial Date (Filed 8/7/12; Doc. No. 37) is GRANTED.**

Comments and rulings by the Court.

**ORDERED:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Crim.P.32. and as specified on the record.

**ORDERED:** The Presentence report shall include a complete psychological evaluation that meets the minimum standards of the American Psychological Association for a forensic evaluation.

The Court states that the criteria set forth in 3553 of Title 18 will be followed.

**ORDERED: Sentencing is set for November 13, 2012 at 10:00 a.m.**

**ORDERED**:  Bond is CONTINUED.

**11:10 a.m.    Court in recess**
**Hearing concluded**.
Total in-court time: 33 minutes