IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00069-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     TIMOTHY JOHN VANDERWERFF,

        Defendant.

---

**DEFENDANT'S STATEMENT CONCERNING ACCEPTANCE
OF RESPONSIBILITY PURSUANT TO U.S.S.G. §3E1.1**

---

        COMES NOW Defendant, Timothy John Vanderwerff ("Mr. Vanderwerff"), by and through his undersigned attorney, Edward R. Harris, and submits this Statement in support of his having met the requirements of U.S.S.G. §3E1.1 for acceptance of responsibility.

**Introduction:**

        Although he seeks a below guideline sentence, Defendant recognizes that this Court must initially calculate the advisory guideline range applicable to this case.  Part of that calculation involves a determination of whether a decrease in offense level is awarded for "Acceptance of Responsibility" pursuant to U.S.S.G. §3E1.1.  Defendant submits that he should receive the full three points off for having accepted responsibility.

**Argument:**

        The advisory sentencing guidelines provide that if a Defendant "clearly demonstrates acceptance of responsibility for his offense" that the court should "decrease the offense level by **2** levels." U.S.S.G. §3E1.1(a) (emphasis original).  The Application

Notes set forth a nonexclusive list of considerations to aid in determining whether a Defendant has accepted responsibility. Those factors which are relevant to this case are discussed below.

First, Mr. Vanderwerff has truthfully admitted the conduct comprising the offense of conviction as well as relevant conduct. *See* Application Note 1(A) to U.S.S.G. §3E1.1. He did so by signing a plea agreement which included a detailed factual summary of that conduct, providing truthful statements to law enforcement investigating this case, and participating successfully for several years in sexual offense specific counseling.

Second, Mr. Vanderwerff voluntarily assisted the authorities in the recovery of fruits and instrumentalities of the offense. *See* Application Note 1(E) to USSG 3E1.1. Again, he was fully cooperative with law enforcement's investigation and searches.

Third, he has actively pursued post-offense rehabilitative efforts. *See* Application Note 1(G) to U.S.S.G. §3E1.1. He has been participating successfully for several years in sexual offense specific counseling.

Finally, this manifestation of acceptance of responsibility was timely. *See* Application Note 1(H) to U.S.S.G. §3E1.1. First, he timely cooperated with the police. Second, he attempted early in this case to enter a guilty plea, and was, as part of that effort, even willing to waive appellate rights.

Mr. Vanderwerff also is entitled to an additional point decrease for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b). His offense level is 16 or greater. The government has agreed to file a motion stating that he timely notified the government of his intent to plead guilty and thereby permitted them to avoid trial preparation.

WHEREFORE this Court should decrease by three points Defendant's offense level because he timely accepted responsibility pursuant to U.S.S.G. §3E1.1.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing **DEFENDANT'S STATEMENT CONCERNING ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. §3E1.1** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard A. Hosley, Assistant United States Attorney
    Richard.hosley@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michelle Means, United States Probation Officer   *(via e-mail)*


Mr. Timothy J. Vanderwerff   (*via U.S. mail*)


    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant