**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Tamara Hoffschildt
Probation Officer: Michelle Means

Date: May 6, 2013

Criminal Action No.: 12-cr-00069-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JOHN VANDERWERFF,

    Defendant.

*Counsel:*

Richard A. Hosley, III
Judith A. Smith

Edward R. Harris

---

**SENTENCING MINUTES**

---

**10:11 a.m.**   **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.  Also present, Andrew Stearns, FBI Special Agent.

**Change of Plea Hearing:** August 9, 2012.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**Government's Exhibits 2-15 offered and tendered to the Court.**

10:15 a.m.   Bench conference regarding the blocking of exhibits from public viewing.

**Government's Exhibit will be blocked from all public viewing.**

10:17 a.m.   Objection by Mr. Harris regarding Government's Exhibits.

*12-cr-00069-JLK*
*Sentencing*
*May 6, 2013*

Objection OVERRULED.

10:18 a.m.   Statement by Mr. Hosley.

**ORDERED:** **For the purposes of this hearing, Government's Exhibits 2-15 are admitted and placed UNDER SEAL, only to be opened by Order of the Court.**

10:28 a.m.   Further statement by Mr. Hosley.  Questions by the Court.

10:45 a.m.   Statement by Mr. Harris.

10:47 a.m.   Argument by Mr. Hosley regarding sentencing.

10:51 a.m.   Further statement by Mr. Harris.

11:03 a.m.   Rebuttal argument by Mr. Hosley.

11:04 a.m.   Statement of allocution by Defendant.

**11:08 a.m.   Court in recess.**

**11:39 a.m.   Court in session.**

Comments and rulings by the Court.

**ORDERED:** **Defendant's Initial Motion for Downward Departure Or Variance And Sentencing Memorandum In Support Of Five Year Sentence (Filed 9/17/12; Doc. No. 48) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **108 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for life.

**Conditions of supervised release:**

   (X)   Defendant shall cooperate in the collection of DNA as directed by the

2

*12-cr-00069-JLK*
*Sentencing*
*May 6, 2013*

      probation officer.
(X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
(X) Defendant shall comply with the requirements of the sex offender registration and notification act, (Adam Walsh Act), the Bureau of Prisons or any state sex offender registration agency in which the defendant resides, works or is a student or was convicted of any qualifying offense, as directed by the probation officer.

**Special conditions of supervised release:**

  None imposed at this time.  Will be determined upon release from prison.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

Restitution, may or may not be granted in this case and that depends upon later court hearings and submissions by counsel.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED: Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.**

**ORDERED: Defendant shall have a 30-day stay of execution and shall surrender to the facility designated by the United States Bureau of Prisons or he may report to the U.S. Marshals office.  If the Bureaus of Prisons can't find in institution within 30 days, an extension of time will be given upon request.**

**ORDERED: Due to his current health the Defendant WILL NOT BE IMMEDIATELY REMANDED.   BOND IS CONTINUED up until the time of incarceration.**

**It is the recommendation of this court that the Defendant be placed by the Bureau of Prisons in a hospital facility, where he can receive medical care and treatment**

3

*12-cr-00069-JLK*
*Sentencing*
*May 6, 2013*

**for his disorders and diseases, which have been described at today's sentencing and are contained as well in the presentence report.**

**It is further recommended that whatever institution Defendant is placed, that he receives sex offender treatment.**

**ORDERED:   Government's Oral Motion To Dismiss Counts Two And Three With Prejudice is GRANTED.**

**12:47 p.m.   Court in recess.**
Hearing concluded.
Total in-court time: 2 hours, 5 minutes.