IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 12-cr-00069-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JOHN VANDERWERFF,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that upon the conclusion of the sentencing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 6th day of May 2013.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____    _____
Counsel for the Government           Counsel for the Defendant