IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 12-cr-00069-RBJ | Date: November 10, 2015 |
| Courtroom Deputy: | Kathy Preuitt-Parks | Court Reporter:  Kara Spitler |
| Interpreter: | n/a | Probation: Michelle Means |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | *Judith Smith* |
| | *Special Agent Larry McVeigh* |
| **Plaintiff** | |
| v. | |
| 1. TIMOTHY JOHN VANDERWERFF, | *Edward Harris* |
| **Defendant** | |

**COURTROOM MINUTES**

**CHANGE OF PLEA HEARING/IMMEDIATE SENTENCING**

Court in session: 9:32 a.m.

Appearances of counsel.  Mr. Harris and the defendant appear via video conferencing.

Defendant is in custody.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and limited appeal rights.

Defendant enters plea of guilty to Count Two of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**:   **The plea of guilty to Count Two of the Indictment entered by the defendant**

**is accepted.**

The Court proceeds to immediate sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

**ORDERED:** Defendant's Renewed Motion for Downward Departure or Variance [Docket No. 94], is **GRANTED in PART**.

**ORDERED:** Defendant shall be **imprisoned for 84 months** as to Count One of the Indictment, no term of supervised release, no fine imposed.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for **the rest of the defendant's life.**

**ORDERED:** **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record.

Defendant is advised of his right to appeal.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

Court in Recess: 10:53 a.m.          Hearing concluded.          Total time in Court: 1:21